**Blitz Brothers, appellant, v. Thaddeus Laing, appellee. Gen. No. 29,866.**

Action for purchase price of merchandise sold and delivered. Judgment for defendant. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed. Opinion filed December 2, 1925.

Aaron R. Eppstein, for appellant. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Selma Brinkman, appellant, v. Bennison Bartel et al., defendants. J. P. Gehl, appellee. Gen. No. 29,878.**

Action upon indorsement of promissory notes. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed December 2, 1925. Rehearing denied December 17, 1925.

Hume & Kennedy, for appellant. Rathje, Wesemann, Hinckley & Barnard, for appellee; Francis E. Hinckley and Leo A. O'Reilly, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Margaret Daniels, assignee of Mamie Loftus, appellee, v. Prudential Insurance Company, appellant. Gen. No. 29,887.**

Action for proceeds of life insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed. Opinion filed December 2, 1925.

Hoyne, O'Connor & Rubinkam, for appellant. Novak & Novak, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**William F. Bode, appellee, v. John Clay, Jr., appellant. Gen. No. 29,905.**

Action for damages resulting from collision of automobiles. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed December 2, 1925.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and John W. Fisher, of counsel. Krauss, Goldman & Allshouse, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.